An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN C. PETERSON,
Appellant,
vs.
LA WILSHIRE D/B/A THE SUITES @
INDIOS,
Respondent.

No. 68792

**FILED**

NOV 0 3 2015


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order of the district court denying an appeal from an order of the justice court in an eviction matter. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, sec. 6; *Tripp v. City of Sparks,* 92 Nev. 362, 363, 550 P.2d 419, 419 (1976). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. Jennifer P. Togliatti, District Judge
John C. Peterson
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-33412